# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | CV 18-8139 PSG (ASx) | Date | August 6, 2019 |
|---|---|---|---|
| Title | Nehemiah Kong v. Feng Hui Investment, LLC., et. al., | | |

Present: The Honorable  Alka Sagar

| Alma Felix | n/a |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff / Petitioner: | Attorneys Present for Defendant / Respondent: |
|---|---|
| None present | None present |

**Proceedings:**     (IN CHAMBERS) ORDER TO SHOW CAUSE RE: SANCTIONS

   Plaintiff Judgment Creditor, Nehemiah Kong, applied for an order to conduct a judgment debtor examination of Jian Fen Zhu, CEO Jing Jiang Restaurant, Inc., in this civil action. (Docket # 28.) The Court granted the application and set the matter for a hearing on August 6, 2019, at 10:00 a.m. (Docket # 79). On June 10, 2019, Plaintiff filed a proof of service indicating that the Order on Motion for Judgment Debtor Examination had been personally served on Jian Fen Zhu, CEO Jing Jiang Restaurant, Inc., on June 6, 2019. (Docket # 30). On August 5, 2019, Counsel of record for Judgment Creditor, Nehemiah Kong, filed a "request for continuance of Debtor Examination" seeking a continuance of the Judgment Debtor examination from August 6, 2019, to November 5, 2019, in order to "allow us to obtain effective service and conduct the examination." (Docket # 31). The Court granted the request for continuance and issued an order continuing the judgment debtor examination to November 5, 2019. (Docket # 33). However, Judgment Debtor Jian Fen Zhu was apparently not notified of the request for a continuance and appeared on August 6, 2019 for the Judgment Debtor Examination.

   IT IS THEREFORE ORDERED that attorney Dennis Price, counsel for Judgment Creditor will show cause why sanctions should not be personally imposed in this matter for failure to notify or serve Judgment Debtor with a request for continuance, given that Judgment Debtor had been personally served with notice of the Judgment Debtor examination scheduled for August 6, 2019 at 10:00 a.m., and appeared for examination on that date and time. Counsel may discharge this OSC by submitting a declaration (not to exceed 3 pages) regarding the failure to notify Judgment Debtor of the request for continuance and the need for the requested continuance no later than five (5) days from the date of this order. Additionally, Judgment Creditor will promptly file a proof of personal service on Judgment Debtor of this Order and the Order Continuing the Judgment Debtor examination to November 5, 2019.

   IT IS SO ORDERED.